UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MURATALLA-LUA,<br><br>           Plaintiff,<br><br>  v.<br><br>JOHN AMBRY,<br><br>           Defendant. | 1:07-cv-00961-AWI-SMS<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE IN WRITING WITHIN TWENTY DAYS OF SERVICE OF THIS ORDER WHY THE ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO PAY THE FILING FEE, TO FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS ACCOMPANIED BY ADEQUATE DOCUMENTATION, OR OTHERWISE RESPOND TO THE COURT'S ORDER (DOC. 4)<br><br>INFORMATIONAL ORDER TO PLAINTIFF |

    Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

    On July 2, 2007, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983. Plaintiff neither paid the filing fee nor filed a completed application to proceed in forma pauperis. Because Plaintiff was incarcerated and was suing his attorney for ineffective assistance of counsel in connection with Plaintiff's

defense in a criminal case that apparently resulted in a judgment of conviction pursuant to which Plaintiff is presently incarcerated, and further because Plaintiff had sought both monetary damages in his complaint and also a petition for writ of habeas corpus, the Court issued an order on July 25, 2007, granting Plaintiff thirty days in which to file an application to proceed in forma pauperis, or a notice of voluntary dismissal or of intent to proceed with a habeas corpus action separately from an action for damages.

The order was served on Plaintiff by mail on July 25, 2007; the mail has not been returned. On July 26, 2007, Plaintiff filed a motion for the appointment of counsel, but to date, Plaintiff has neither filed an application to proceed in forma pauperis, paid the filing fee, or indicated an intention to dismiss the damages action and proceed with a petition for writ of habeas corpus.

A failure to comply with an order of the Court may result in sanctions, including dismissal, pursuant to the inherent power of the Court or the Federal Rules of Civil Procedure. Fed. R. Civ. P. 41(b), 11; Local Rule 11-110; <u>Chambers v. NASCO, Inc.</u>, 501 U.S. 31, 42-43 (1991).

In his motion for the appointment of counsel filed on July 26, 2007, Plaintiff sought counsel because he speaks very little English and is housed in a psychiatric unit for a mental disability.

Plaintiff IS INFORMED that the Court cannot appoint counsel or otherwise consider the merits of Plaintiff's case until either the filing fee is paid or a completed application to proceed in

forma pauperis is filed. The Court has sent to Plaintiff a form for a petition for writ of habeas corpus. The Court has also sent Plaintiff a form for an application to proceed in forma pauperis. Plaintiff's filing a motion for the appointment of counsel was not responsive to the Court's order. Plaintiff can comply with the Court's order by submitting a completed application to proceed in forma pauperis and a certified copy of his trust account statement for the six months preceding the filing of the action on July 06, 2007.

Accordingly, it is HEREBY ORDERED that:

1. Within twenty (20) days of the date of service of this order, Plaintiff shall show cause in writing why this action should not be dismissed for failure to pay the filing fee or to submit a completed application to proceed in forma pauperis with an original, completed application trust account statement in compliance with the Court's order; Plaintiff shall show cause in writing because the Court has determined that no hearing is necessary; if Plaintiff has any reasons why this action should not be dismissed, Plaintiff shall submit them by sworn declaration of facts which shall include (A) an explanation of the lack of activity in this case, and (B) a list each specific step Plaintiff plans to take to comply with the Court's orders and to prosecute this case, to which Plaintiff may append a supporting memorandum of law; and

2. Plaintiff is informed that the failure to respond to this order will result in a recommendation that the action be dismissed.

//////////////////

1 | IT IS SO ORDERED.

2 | **Dated:     September 10, 2007**              /s/ Sandra M. Snyder
                                                 UNITED STATES MAGISTRATE JUDGE