UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MURATALLA-LUA,<br><br>              Plaintiff,<br><br>vs.<br><br>JOHN AMBRY,<br><br>              Defendant.<br>_____/ | 1:07-cv-00961-AWI-SMS<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 8)<br><br>**ORDER DISMISSING ACTION** |

Plaintiff, Luis Muratalla-Lua ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

On October 19, 2007, the Magistrate Judge filed Findings and a Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendation.

//

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  de novo review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendation to
5  be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendation, filed October 19,
8  2007, are ADOPTED IN FULL; and,
9  2.  This action is DISMISSED, without prejudice, pursuant
10 to Local Rule 11-110 and for plaintiff's failure to comply with a
11 Court order.

13 IT IS SO ORDERED.
14 **Dated:   November 27, 2007**          /s/ Anthony W. Ishii
                                            UNITED STATES DISTRICT JUDGE