UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MORATALLA-LUA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN AMBRY, ) <br> ) <br> Defendant. ) <br> _____ ) | 1: 07-CV-0961 AWI SMS <br><br> ORDER DENYING MOTION TO DISMISS AS UNNECESSARY <br><br> (Document #11) |

On November 28, 2007, the court adopted Findings and Recommendations and dismissed this action.  On December 14, 2007, Plaintiff filed a motion to voluntarily dismiss this action. Because this action has already been dismissed, Plaintiff's motion is unnecessary.

Accordingly, Plaintiff's December 14, 2007 motion to dismiss is denied as unnecessary.

IT IS SO ORDERED.

**Dated:   December 18, 2007**                        **/s/ Anthony W. Ishii**
UNITED STATES DISTRICT JUDGE